THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY M. WRIGHT, Appellant. [976 NYS2d 900]—Resentence unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Resentence of Erie County Court, Michael F.

Pietruszka, J.—Assault, 2nd Degree). Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.